IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICKEY ANTHONY WHITTAKER
ADC #108218                                                                                            PLAINTIFF

v.                                    No. 5:04V000206 GH/JFF

LARRY NORRIS, ET AL.                                                                       DEFENDANTS

## ORDER

The November 30th partial recommended disposition (#14) denying the motion for preliminary injunction and to which no objections have been filed is hereby adopted as the findings of this Court in their entirety.[1]

IT IS SO ORDERED this 23rd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Court only discovered on August 17th that the partial recommended disposition was pending as it had not previously appeared on the pending motions list.